```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  FRANK D. KORTUM
    Assistant United States Attorney
 6  Asset Forfeiture Section
    California Bar No. 110984
 7       1400 United States Courthouse
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213)894-5710
 9       Facsimile: (213)894-7177
         E-Mail: frank.kortum@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>$528,203.00 IN U.S. CURRENCY, ONE ROLEX WATCH, and ONE 2004 TOYOTA 4-RUNNER SR5,<br><br>       Defendants.<br><br>DAVID PHAM AND NATALE NGUYEN,<br><br>       Claimant. | NO. SACV 06-617-AHS (ANx)<br><br>**PARTIAL CONSENT JUDGMENT OF FORFEITURE AS TO CLAIMANT DAVID PHAM**<br><br>[THIS PARTIAL CONSENT IS NOT CASE DISPOSITIVE] |

On or about July 6, 2006, plaintiff United States of America ("the United States") filed a Complaint for Forfeiture alleging that the defendants: $200,000.00 in U.S. Currency and $13,399.00

FDK:gc

in U.S. Currency were subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

On or about October 2, 2006, plaintiff filed a First Amended Complaint for Forfeiture alleging the defendants: $200,000.00 in U.S. Currency, $13,399.00 in U.S. Currency, $280,000.00 in U.S. Currency, $34,204.00 in U.S. Currency and One Rolex Presidential Watch were subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

On or about June 12, 2007, plaintiff filed a Second Amended Complaint for Forfeiture alleging the defendants: $200,000.00 in U.S. Currency, $13,399.00 in U.S. Currency, $280,000.00 in U.S. Currency, $34,204.00 in U.S. Currency, One Rolex Presidential Watch and One 2004 Toyota 4-Runner SR5 were subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

Claimant David Pham ("claimant") filed a claim on or about August 14, 2006 and an answer to the complaint on August 31, 2006. No other parties have appeared in this case and the time for filing claims and answers has expired. Claimant is relieved of his obligation to file any additional claims or answers.

The United States and claimant have now agreed to settle a portion of this action and to avoid further litigation by entering into this Partial Judgment of Forfeiture.

The Court having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the subject matter of this action and the parties to this Partial Consent Judgment of

1 | Forfeiture.

2 |     2.   The Complaint for Forfeiture states a claim for relief
3 | pursuant to 21 U.S.C. § 881(a)(6).
4 |     3.   Notice of this action has been given as required by
5 | law.  No appearances have been made in this case by any person
6 | other than claimant.  The Court deems that all other potential
7 | claimants admit the allegations of the Complaint for Forfeiture
8 | to be true.
9 |     4.   Claimant shall forfeit the following: $200,000.00 in
10 | U.S. Currency (CATS ID # 06-DEA-462776); $13,999.00 in U.S.
11 | Currency (CATS ID # 06-DEA-465202); and $280,000.00 in U.S.
12 | Currency (CATS ID # 06-DEA-464803) to the United States of
13 | America.  The custodian of the defendants is ordered to dispose
14 | of the funds forfeited to the United States plus all interest
15 | earned in accordance with law.
16 |     5.   One Rolex Oyster Presidential Watch (CATS ID# 06-DEA-
17 | 466436) shall be returned to the claimant.  Claimant, through his
18 | counsel, Kim Nguyen, Esq., shall make arrangements with the
19 | United States Marshals Office to pick up the Rolex watch.
20 |     6.   One 2004 Toyota 4-Runner SR5 (CATS ID# 06-FBI-001838)
21 | shall be returned to the claimant.  Claimant, through his
22 | counsel, Kim Nguyen, Esq., shall make arrangements with the
23 | United States Marshals Office to pick up the 2004 Toyota 4-Runner
24 | SR5.
25 |     7.   Defendant $34,204.00 in U.S. Currency shall remain in
26 | the custody of the United States Marshals Service pending further
27 | agreement of the parties or order from the Court.
28 |     8.   Claimant hereby releases the United States of America,

        FDK:gc

its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Drug Enforcement Administration, Federal Bureau of Investigation and the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs, and interest, which may be asserted by or on behalf of claimant.

9. The Court finds that there was reasonable cause for the seizure of the defendants and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

10. The Court further finds that claimant did not substantially prevail in this action, and each of the parties hereto shall bear their own attorney fees and costs.

11. The Court shall maintain jurisdiction in this case for the purpose of effectuating the terms of this Partial Consent Judgment of Forfeiture.

DATED: September 27, 2011.

*ALICEMARIE H. STOTLER*
HONORABLE ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE

FDK:gc

4

## CONSENT

The parties hereto consent to the above Consent Judgment of Forfeiture and waive any right of appeal.

DATED: September 21, 2011

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_/s/ Frank D. Kortum_
FRANK D. KORTUM
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: September 21, 2011

_/s/ Kim Nguyen_
KIM NGUYEN, ESQ.
Attorney for Claimant
DAVID PAHM

FDK:gc